IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| **RESMAE MORTGAGE CORPORATION**, a Delaware corporation, | : : : : : | Case No. 07-10177 (KJC) |
| Debtor. | : | |

## Plan Supplement

This Plan Supplement is being filed in support of confirmation of the Amended Plan of Reorganization of the Debtor Proposed by the Debtor and Sponsored by RMC Mortgage Holdings LLC Dated April 27, 2007 (Docket No. 327).

Dated: May 21, 2007

Respectfully submitted,

/s/ Daniel J. DeFranceschi
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

Attorneys for ResMAE Mortgage Corporation,
Debtor and Debtor in Possession

-and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Van C. Durrer II
Glenn S. Walter
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
(213) 687-5000

Attorneys for RMC Mortgage Holdings, LLC,
Plan Sponsor

# Index

| Document | Exhibit |
|---|---|
| Asset Purchase Agreement | 1 |
| Assumed Contract List | 2 |
| Rejected Contract List | 3 |
| Amended and Restated Bylaws | 4 |
| Amended and Restated Certificate of Incorporation | 5 |
| Retained Causes of Action | 6 |
| Management of Reorganized ResMAE | 7 |
| Trustee | 8 |
| Trust Agreement | 9 |